

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00254-CV

| | | |
|---|---|---|
| Javier Lopez | § | From the 48th District Court |
| | § | of Tarrant County (048-258518-12) |
| v. | | |
| | § | July 30, 2015 |
| Wildcat Cranes, Inc. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and that the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Wildcat Cranes, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
    Justice Sue Walker